LEGAL MAIL

Badra Kaba
#295044
180 Paul Sikes Dr.
Hinesville, GA 31313

United State District Court
Middle district of Georgia
401 North Patterson Street
Valdosta, GA 31601

January 16th, 2025

Badra Kaba, Coming again in form of continuation to my previous plea in this Honorable Court, asking for an end to my continued detention.

In 2018, I was arrested & spent nine months without probable cause or indictment by Bryan County, GA. I was also presented with a false affidavit. In 2019, my lawyer filed a motion to indict or release.

I was turned over to ICE under the RICO act & ended up spending eight months, with the intervention of this court. I was released by ICE in 2020.

I filed a motion to dismiss, because of arresting officer's false statement regarding the affidavit. ICE demanded this court to dismiss, because they released me from custody. I wrote back to this Court asking not to dismiss, because I felt as if I was receiving malice prosecution in order to remove me as they intended in 2018.

## LEGAL MAIL

On October 29th, 2024, I was arrested again by traffic stop and was told I have an active bench warrant for failure to appear in Bryan County.

They presented me another case number with date of January 31st, 2020. (2020-R-018). I did indicate in my previous complaint that I fear for my life. I am requesting a hearing from this Honorable Court, for my release from this continued suffering. Only this court can put an end to my endless suffering.

Sincerely,

Badra Kaba

Notary:

[Notary seal: SHERENIA MOODY, NOTARY PUBLIC, Comm. Exp. 06/17/25, LIBERTY COUNTY, GA]

CC: Ambassy of Guinea
   2112 Leroy Place NW
   DC, 20008