UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BADRA KABA, | ) |
| Petitioner, | ) ) ) |
| v. | )     CV425-032 |
| UNKNOWN[1], | ) ) ) |
| Respondent. | ) |

## ORDER

*Pro se* petitioner Badra Kaba filed a document in the nature of correspondence objecting to his apparent detention and prosecution. *See* doc. 1 at 2. He did not remit any filing fee or move to proceed *in forma pauperis*. *See generally* docket. The United States District Court for the Middle District of Georgia construed the pleading as a petition for habeas

---

[1] The Clerk in the Middle District apparently construed the letter's reference to ICE as identifying the respondent. *See* doc. 1 at 1 ("ICE demanded this court to dismiss because they released me from custody."). Judge Sands' transfer Order lists the party respondent as "Unknown." *See* doc. 4 at 1. Judge Sands' interpretation is preferable. The Clerk is **DIRECTED** to update the docket to reflect that the party respondent is, at this point, unknown.

corpus, pursuant to 28 U.S.C. § 2241, and transferred the Petition to this Court. *See* doc. 4.

The Court will begin by following the Middle District's reasonable determination that Kaba's pleading is most plausibly construed as a § 2241 petition. The Rules Governing Section 2254 Cases require that petitions "must substantially follow either the form appended to these rules or a form prescribed by a local district-court rule." Rule 2(d), Rules Governing Section 2254 Cases.[2] Kaba's pleading does not "substantially follow" the required form. *See generally* doc. 1.

Accordingly, Kaba must file an Amended Petition using the required form. He is **DIRECTED** to submit his Amended Petition, using the enclosed form, no later than March 5, 2025. The Clerk is **DIRECTED** to enclose a blank copy of Form AO 242 (Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241) for Kaba's convenience. If Kaba submits an Amended Petition, he must also comply with the Clerk's Deficiency Notice concerning his filing fee. *See* doc. 7. Kaba is advised that failure to comply timely with this Order may result in dismissal of

---

[2] The Rules Governing Section 2254 Cases also govern petitions pursuant to § 2241. *See* Rule 1(b), Rules Governing Section 2254 Cases.

his case for failure to obey the Court's order or to prosecute his case.  *See* Fed. R. Civ. P. 41(b).

    **SO ORDERED**, this 18th day of February, 2025.

                                                            _____

                                        CHRISTOPHER L. RAY
                                        UNITED STATES MAGISTRATE JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA