AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BADRA KABA,

    Petitioner

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-32

UNKNOWN,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 2, 2025, the Petition for Writ of Habeas Corpus, as amended, is dismissed and in forma pauperis status on appeal is denied. This case stands closed.



5/2/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/1/03